FLORSHEIM SHOE STORE CO., INC., et al., Respondents, v. RETAIL SHOE SALESMEN'S UNION OF BROOKLYN AND QUEENS, LOCAL 287, et al., Appellants.— On the court's own motion the decision of this court dated April 23, 1945 [*ante*, p. 757], is amended to read as follows: Appeal by defendants from a judgment granting plaintiffs a permanent injunction. Judgment modified on the law (1) by striking from the first ordering paragraph subdivisions (c), (d), (e) and (g); (2) by inserting in place of subdivision (d) the following: "falsely stating that plaintiffs' employees are on strike and making false, fraudulent, or misleading statements as to whether all of plaintiffs' employees are on strike"; (3) by amending subdivision (f) so as to read: "In any manner coercing plaintiffs' customers"; (4) by striking from subdivision (i) the following: "or directly or indirectly, verbally or in writing, boycotting or requesting others to boycott plaintiffs or their merchandise". As so modified, the judgment is affirmed, with costs to appellants. The restraining provisions struck out are in contravention of the Federal Constitution. (*A. F. of L.* v. *Swing*, 312 U. S. 321; *Bakery Drivers Local* v. *Wohl*, 315 U. S. 769; *Cafeteria Union* v. *Angelos*, 320 U. S. 293; *Yoerg Brewing Co.* v. *Brennan*, 59 F. Supp. 625.) The findings of fact are affirmed. Plaintiffs' conclusion of law number 3 is disapproved. Plaintiffs' conclusion of law number 6 is modified by striking therefrom the words "and boycott". Plaintiffs' conclusion of law number 7 is modified in accordance with the foregoing decision. Close, P. J., Johnston and Lewis, JJ., concur; Hagarty and Aldrich, JJ., concur in the modification to the extent of striking out subdivision "(e)" of the first ordering paragraph of the judgment, which was not contained in the temporary injunction, but in all other respects dissent and vote to affirm on the authority of *Florsheim Shoe Store Co.* v. *Shoe Salesmen's Union* (288 N. Y. 188).

CARL DAHMEN et al., Landlords, Respondents, v. VICTOR GREGORY, Tenant, Appellant, et al., Undertenant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ. [184 Misc. 724.]

MARCELINO GARCIA et al., as Executors of MANUEL DIAZ, Deceased, et al., Appellants, v. PAN AMERICAN AIRWAYS, INC., Respondent, et al., Defendants.— Motion for leave to appeal to the Court of Appeals granted. The following questions are certified: (1) Was the order of the Special Term denying plaintiffs' motion to strike from the answer of defendant Pan American Airways, Inc., the first affirmative defense, properly made? (2) Was the order of the Special Term denying plaintiffs' motion to strike from the answer of defendant Pan American Airways, Inc., the second affirmative defense, properly made? (3) Was the order of the Special Term denying plaintiffs' motion to strike from the answer of defendant Pan American Airways, Inc., the third affirmative defense, properly made? Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ. [See *ante*, p. 287.]

In the Matter of SIDNEY GONDELMAN, an Attorney.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.